AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

*Sealed*

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:25-cr-20231 SHL |
| | ) | *ORIGINAL* |
| Larry Smith a/k/a Killa a/k/a Killah | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Larry Smith                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2 & 922(g)(1) - felon in possession of a firearm; aiding and abetting

Date:      09/18/2025                                                           s/Chris Sowell
                                                                     *Issuing officer's signature*

City and state:      Memphis, Tennessee                    Hon. Annie T. Christoff, United States Magistrate Judge
                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*                    , and the person was arrested on *(date)*   9/26/25 |
| at *(city and state)*    Memphis, TN . |
| Date:   9/26/25                                                      *Arresting officer's signature* |
| DUSM W. Fd. *Printed name and title* |